HOLSTEIN, APPELLEE, *v.* REGISTRAR, OHIO BUREAU
OF MOTOR VEHICLES, APPELLANT.

[Cite as *Holstein v. Ohio Bur. of Motor
Vehicles* (1997), 78 Ohio St.3d 1.]

(Nos. 95–2317 and 95–2547—Submitted February
19, 1997—Decided March 5, 1997.)

*Hunter, Samuels & Breckenridge* and *Donald O. Breckenridge,* for appellee.

*Ronald J. O'Brien,* City Attorney, *David M. Buchman,* City Prosecutor, and
*Brenda J. Keltner,* Assistant City Prosecutor, for appellant.

The judgment of the court of appeals is reversed on the authority of *Bryan v.
Hudson* (1997), 77 Ohio St.3d 376, 674 N.E.2d 678.

MOYER, C.J., F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and RESNICK, JJ., not participating.